IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie** _____ Case No. **11-61117** _____
                                                 Debtor(s)                                                                 (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Bank of Cold Spring-3 Savings accounts for minor children**<br>**Cold Spring, MN**<br>**Not part of the bankruptcy estate, listed for disclosure purposes** | **J** | **0.00** |
| | | **First National Bank of Cold Spring-Cabin Checking #2964**<br>**Cold Spring, MN** | **W** | **85.58** |
| | | **Liberty Savings Bank-3 Savings accounts for minor children**<br>**Waite Park, MN**<br>**Not part of the bankruptcy estate, listed for disclosure purposes** | **J** | **0.00** |
| | | **Liberty Savings Bank-Checking #1899**<br>**Waite Park, MN** | **J** | **145.94** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **2007 HP Computer, monitor** | **J** | **125.00** |
| | | **Household Goods and Furnishings** | **J** | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pictures $200**<br>**60 DVDs $60** | **J** | **260.00** |
| 6. Wearing apparel. | | **Clothing** | **J** | **200.00** |
| 7. Furs and jewelry. | | **Wedding Bands** | **J** | **1,425.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Bikes $80**<br>**Fishing Equipment $100**<br>**Digital Camera $50**<br>**20 Gauge gun $200** | **J** | **430.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance Policy through Catholic Financial** | **H** | **2,538.00** |
| | | **Whole Life Insurance Policy through Catholic Financial** | **W** | **2,069.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 11-61117    Doc 17    Filed 02/15/12    Entered 02/15/12 09:17:55    Desc Main
                                Document      Page 2 of 7

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie** _____  Case No. **11-61117**
                                        Debtor(s)                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** **Not part of the bankruptcy estate, listed for disclosure purposes** | H | 0.00 |
| | | **IRA through Catholic Financial** | H | 1,626.00 |
| | | **IRA through Catholic Financial** | W | 2,099.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Janice's Play House** **15448 241st St** **Cold Spring, MN 56320** **Tax ID#: 41-1961559** **Business Equipment/Supplies $350** **Inventory $200** **Accounts Receivable-none** | W | 550.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie** _____     Case No. **11-61117** _____
                                    Debtor(s)                                                                                       (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevy Impala** **145,000 Miles** **KBB Value** | **J** | **2,373.00** |
| | | **2004 GMC Yukon XL** **130,000 Miles** **KBB Value** | **J** | **8,648.00** |
| | | **2006 Pontiac Grand Prix** **100,400 Miles** **Purchase Price** | **J** | **8,500.00** |
| | | **2008 Chevy Impala** **98,000 Miles** **Market Value** | **J** | **6,000.00** |
| | | **Trailer** | **J** | **1,500.00** |
| 26. Boats, motors, and accessories. | | **1984 Lund Boat** | **J** | **400.00** |
| | | **2002 Starcraft 16' Cruise Fish Pontoon, motor and trailer** | **W** | **3,320.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Horse** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1994 Polaris Indy Trail Deluxe Snowmobile** | **J** | **300.00** |
| | | **2002 Polaris Kids ATV** | **J** | **500.00** |
| | | **2005 Polaris Sportsman 4-wheeler** | **J** | **1,700.00** |
| | | **2005 Polaris XCSP 700 Snowmobile** | **J** | **2,100.00** |
| | | **Misc hand tools** | **J** | **100.00** |
| | | | **TOTAL** | **47,994.52** |

_____**0**_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie** _____ Case No. **11-61117** _____
 Debtor(s) (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Cabin located at 14744 Garden Loop, Osakis, MN**<br>Legal Description: See attached Exhibit B<br>Todd County, Minnesota<br>2 parcels of land<br>Value based upon current market value, $90,000/5 x 2 (for 2/5 interest), less 25% discount for non-marketability, less 7% realtor fees, less 10% trustee fees for a value of $22,599. | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 1,151.48<br>16,250.00 | 22,599.00 |
| **Homestead is located at 15448 241st St, Cold Spring, MN 56320**<br>Legal Description: See attached Exhibit A<br>Stearns County, Minnesota<br>Value based upon current market value | 11 USC § 522(d)(1) | 1.00 | 130,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **First National Bank of Cold Spring-Cabin Checking #2964**<br>**Cold Spring, MN** | 11 USC § 522(d)(5) | 85.58 | 85.58 |
| **Liberty Savings Bank-Checking #1899**<br>**Waite Park, MN** | 11 USC § 522(d)(5) | 145.94 | 145.94 |
| **2007 HP Computer, monitor** | 11 USC § 522(d)(5) | 125.00 | 125.00 |
| **Household Goods and Furnishings** | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Pictures $200**<br>**60 DVDs $60** | 11 USC § 522(d)(5) | 260.00 | 260.00 |
| **Clothing** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Wedding Bands** | 11 USC § 522(d)(4) | 1,425.00 | 1,425.00 |
| **Bikes $80**<br>**Fishing Equipment $100**<br>**Digital Camera $50**<br>**20 Gauge gun $200** | 11 USC § 522(d)(5) | 430.00 | 430.00 |
| **Whole Life Insurance Policy through Catholic Financial** | 11 USC § 522(d)(8) | 2,538.00 | 2,538.00 |
| **Whole Life Insurance Policy through Catholic Financial** | 11 USC § 522(d)(8) | 2,069.00 | 2,069.00 |
| **401K**<br>Not part of the bankruptcy estate, listed for disclosure purposes | 11 USC § 522(d)(12) | 100% | 0.00 |
| **IRA through Catholic Financial** | 11 USC § 522(d)(12) | 1,626.00 | 1,626.00 |
| **IRA through Catholic Financial** | 11 USC § 522(d)(12) | 2,099.00 | 2,099.00 |
| **Janice's Play House**<br>**15448 241st St**<br>**Cold Spring, MN 56320**<br>**Tax ID#: 41-1961559**<br><br>**Business Equipment/Supplies $350**<br>**Inventory $200** | 11 USC § 522(d)(6) | 550.00 | 550.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie** / Debtor(s)  Case No. **11-61117** (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
**(Continuation Sheet)**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **Accounts Receivable-none** | | | |
| **2002 Chevy Impala** 145,000 Miles KBB Value | 11 USC § 522(d)(2) | 2,373.00 | 2,373.00 |
| **2004 GMC Yukon XL** 130,000 Miles KBB Value | 11 USC § 522(d)(5) | 1.00 | 8,648.00 |
| **2006 Pontiac Grand Prix** 100,400 Miles Purchase Price | 11 USC § 522(d)(5) | 1.00 | 8,500.00 |
| **2008 Chevy Impala** 98,000 Miles Market Value | 11 USC § 522(d)(2) | 1.00 | 6,000.00 |
| **Trailer** | 11 USC § 522(d)(5) | 1,500.00 | 1,500.00 |
| **1984 Lund Boat** | 11 USC § 522(d)(5) | 400.00 | 400.00 |
| **2002 Starcraft 16' Cruise Fish Pontoon, motor and trailer** | 11 USC § 522(d)(5) | 1,500.00 | <u>3,320.00</u> |
| **1994 Polaris Indy Trail Deluxe Snowmobile** | 11 USC § 522(d)(5) | 300.00 | 300.00 |
| **2002 Polaris Kids ATV** | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| **2005 Polaris Sportsman 4-wheeler** | 11 USC § 522(d)(5) | 1,200.00 | <u>1,700.00</u> |
| **Misc hand tools** | 11 USC § 522(d)(5) | 100.00 | 100.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie**      Case No. **11-61117**
                               Debtor(s)                                                            (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)             $ **1,375.00**
     a. Are real estate taxes included?     Yes **✓**     No ____
     b. Is property insurance included?     Yes **✓**     No ____
2. Utilities:
     a. Electricity and heating fuel                                                       $ **270.00**
     b. Water and sewer                                                                           $
     c. Telephone                     $ **42.00**
     d. Other **See Schedule Attached**           $ **232.36**
                    $
3. Home maintenance (repairs and upkeep)            $ **50.00**
4. Food            $ **594.42**
5. Clothing            $ **100.00**
6. Laundry and dry cleaning            $ **20.00**
7. Medical and dental expenses            $ **420.00**
8. Transportation (not including car payments)            $ **500.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.            $ **50.00**
10. Charitable contributions            $ **30.00**
11. Insurance (not deducted from wages or included in home mortgage payments)
     a. Homeowner's or renter's            $
     b. Life            $ **95.00**
     c. Health            $
     d. Auto            $ **290.00**
     e. Other _____            $
                  $
12. Taxes (not deducted from wages or included in home mortgage payments)
     (Specify) _____            $
                       $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
     a. Auto            $
     b. Other _____            $
                     $
14. Alimony, maintenance, and support paid to others            $
15. Payments for support of additional dependents not living at your home            $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)            $ **1,012.00**
17. Other   **Toiletries/Cleaning Supplies**            $ **100.00**
           **School Lunches/Activities**            $ **85.00**
                     $

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.            $ **5,265.78**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
     a. Average monthly income from Line 15 of Schedule I            $ **6,065.78**
     b. Average monthly expenses from Line 18 above            $ **5,265.78**
     c. Monthly net income (a. minus b.)            $ **800.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Klaphake, Keith Kenney & Klaphake, Janice Marie**   Case No. **11-61117**
Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)
| | |
|---|---:|
| **Cell Phone** | **140.00** |
| **Cable** | **58.36** |
| **Internet** | **34.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only